UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,          Case No. 2:20-pt-3

        Plaintiff,           Hon. Janet T. Neff
                                  U.S. District Judge

   v.

DERRICK M. CORN,

        Defendant.

_____/

## **ORDER OF DETENTION**

Defendant Derrick M. Corn appeared before the undersigned on March 14, 2022 for an initial appearance on a petition for violating conditions of his supervised release.  Corn was advised of his rights, the violations, and penalties.

The Court was advised that there is currently a warrant pending from the MDOC, so Defendant will remain in custody, but reserves the right to request a detention hearing should his circumstances change.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:    March 14, 2022              /s/ *Maarten Vermaat*
                                      MAARTEN VERMAAT
                                      U.S. MAGISTRATE JUDGE